# TWENTY LARGEST UNSECURED CREDITORS

| CCUID | CDEALER | cAddress1 | cAddress2 | cCity |
|-------|---------|-----------|-----------|-------|
| ECCU | ACURA OF ORANGE PARK | Blvd | | Jacksonville |
| FSH | AMERICAN COACH SALES | Ave | | Cleveland |
| ECCU | ARLINGTON TOYOTA | Blvd | | Jacksonville |
| NONE | ARLINGTON TOYOTA | Blvd | | Jacksonville |
| ECCU | ARLINGTON TOYOTA | Blvd | | Jacksonville |
| NONE | ARLINGTON TOYOTA | Blvd | | Jacksonville |
| EMORY | ATHENS BMW | HWY | | ATHENS |
| NONE | ATLANTA CLASSIC CARS, INC. | | | |
| AMSOUTH | AUTOWAY CHEVROLET | Highway 19 | | Clearwater |
| ECCU | AUTOWAY NISSAN OF BRANDON | 9920 Adamo Dr | | Tampa |
| ECU | BOB DUNN FORD | Ave | | Greensboro |
| UCU | COGGIN MOTOR MALL | 1 | | Ft. Pierce |
| GOLD | COGGIN MOTOR MALL | 1 | | Ft. Pierce |
| RYDER | DELRAY TOYOTA | Federal Hwy | | Delray Beach |
| GOLD | DELRAY TOYOTA | Federal Hwy | | Delray Beach |
| GOLD | DELRAY TOYOTA | Federal Hwy | | Delray Beach |
| UCU | DELRAY TOYOTA | Federal Hwy | | Delray Beach |
| ECCU | DUVAL FORD | Ave | | Jacksonville |
| ECCU | DUVAL HONDA | | | |
| ECCU | DUVAL HONDA | | | |
| ECCU | DUVAL HONDA | | | |
| ECCU | DUVAL HONDA | | | |
| ECCU | DUVAL HONDA | | | |
| EMORY | ED VOYLES HONDA | HILL RD | | MARIETTA |
| SCORE | ED VOYLES HONDA | HILL RD | | MARIETTA |
| IBM | ED VOYLES HONDA | HILL RD | | MARIETTA |
| ECU | ED VOYLES HONDA | HILL RD | | MARIETTA |
| ECU | GENE EVANS FORD | Road | | UNION CITY |
| EMORY | HONDA CARLAND | ALPHARETTA | | ROSWELL |
| TVA | HONDA CARLAND | ALPHARETTA | | ROSWELL |
| IBM | HONDA CARLAND | ALPHARETTA | | ROSWELL |
| ECU | HONDA CARLAND | ALPHARETTA | | ROSWELL |
| GOLD | INFINITI OF COCONUT CREEK | Sample Road | | Coconut Creek |
| ECCU | DODGE | Field Drive | | Jacksonville |
| ECCU | DODGE | Field Drive | | Jacksonville |
| ECCU | DODGE | Field Drive | | Jacksonville |
| UCU | JIM ELLIS MAZDA | PARKWAY | | MARIETTA |
| FEDEMP | KING HYUNDAI | | | |
| IBM | LANDMARK DODGE INC. | BOULEVARD | | JONESBORO |
| GOLD | LEXUS OF PEMBROKE PINES | Blvd | | Pembroke Pines |
| none | MARIETTA TOYOTA | PKWY | | MARIETTA |
| EMORY | MARIETTA TOYOTA | PKWY | | MARIETTA |
| UCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GFCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| EMORY | MARIETTA TOYOTA | PKWY | | MARIETTA |
| EMORY | MARIETTA TOYOTA | PKWY | | MARIETTA |

| | | | | |
|---|---|---|---|---|
| SCORE | MARIETTA TOYOTA | PKWY | | MARIETTA |
| ECU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GFCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GFCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| IBM | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GFCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GFCU | MARIETTA TOYOTA | PKWY | | MARIETTA |
| NONE | MARIETTA TOYOTA | PKWY | | MARIETTA |
| TVA | MARIETTA TOYOTA | PKWY | | MARIETTA |
| EMORY | MARIETTA TOYOTA | PKWY | | MARIETTA |
| GS | MILTON MARTIN HONDA | Bridge Road | | Gainesville |
| EMORY | NISSAN OF UNION CITY | Road | | Union City |
| PBCC | PLANTATION FORD | Road 7 | | Plantation |
| GOLD | PLANTATION FORD | Road 7 | | Plantation |
| IBM | POMPANO HONDA | Federal Hwy | | Pompano Beach |
| UCU | POMPANO HONDA | Federal Hwy | | Pompano Beach |
| IBM | POMPANO HONDA | Federal Hwy | | Pompano Beach |
| IBM | POMPANO HONDA | Federal Hwy | | Pompano Beach |
| GOLD | PREBUL AUTO GROUP | | | |
| FSH | JEEP | Valdosta Road | | Valdosta |
| GOLD | WEST PALM AUTO MALL | Military Trail | | Beach |
| GOLD | WEST PALM AUTO MALL | | | |
| GOLD | WESTON NISSAN VOLVO | Rd | | Davie |

| cState | cZip | cContact1 | cPhone | cTollFree | cFax |
|---|---|---|---|---|---|
| FL | 32244 | | 9047775600 | | |
| OH | 44107 | | 8883216613 | | |
| FL | 32225 | | 9047213000 | | |
| FL | 32225 | | 9047213000 | | |
| FL | 32225 | | 9047213000 | | |
| FL | 32225 | | 9047213000 | | |
| GA | 30606 | RICK HANNAY | 4045495340 | | 4045467928 |
| GA | | | 7702793646 | | |
| FL | 33764 | | 8008792438 | | |
| FL | 33619 | | 8136231148 | | |
| NC | 27405 | | 3362759761 | | |
| FL | 34982 | | 5614667000 | | |
| FL | 34982 | | 5614667000 | | |
| FL | 33483 | | 5612765000 | | |
| FL | 33483 | | 5612765000 | | |
| FL | 33483 | | 5612765000 | | |
| FL | 33483 | | 5612765000 | | |
| FL | 32210 | | 9043816551 | | |
| FL | | | 9043879024 | | |
| FL | | | 9043879024 | | |
| FL | | | 9043879024 | | |
| FL | | | 9043879024 | | |
| FL | | | 9043879024 | | |
| GA | 30067 | GENE FINCH | 7709512211 | | |
| GA | 30067 | GENE FINCH | 7709512211 | | |
| GA | 30067 | GENE FINCH | 7709512211 | | |
| GA | 30067 | GENE FINCH | 7709512211 | | |
| GA | 30291 | JIMMY DOYAL | 4049649801 | | |
| GA | 30076 | GENE FINCH | 7709932805 | | 4046403890 |
| GA | 30076 | GENE FINCH | 7709932805 | | 4046403890 |
| GA | 30076 | GENE FINCH | 7709932805 | | 4046403890 |
| GA | 30076 | GENE FINCH | 7709932805 | | 4046403890 |
| FL | 33073 | | 9548616100 | | |
| FL | 32256 | | 9044930000 | | |
| FL | 32256 | | 9044930000 | | |
| FL | 32256 | | 9044930000 | | |
| GA | 30062 | TOM FERACO | 7705904450 | | 7705904466 |
| | | | 9544213330 | | |
| GA | 30236 | JOE WHITE | 4049684900 | | 4049685754 |
| FL | 33027 | | 9544432092 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |

| | | | | | |
|---|---|---|---|---|---|
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30061 | Drew Benson | 7704221490 | | |
| GA | 30504 | | 7705340086 | | |
| GA | 30291 | | 7709644900 | | |
| FL | 33317 | | 9547973772 | | |
| FL | 33317 | | 9547973772 | | |
| FL | 33064 | | 9544274744 | | |
| FL | 33064 | | 9544274744 | | |
| FL | 33064 | | 9544274744 | | |
| FL | 33064 | | 9544274744 | | |
| | | | 4238554213 | | |
| GA | 31602 | | 2292427930 | | |
| FL | 33415 | | 5614710600 | | |
| FL | | | 5616837100 | | |
| | 33331 | | 9548886600 | | |

| cVIN6 | CVIN | CCUSTOMER | CFNAME | DDATE | Age | Vehicle |
|---|---|---|---|---|---|---|
| 011872 | 11872 | GOLDFEIN | WILBUR | 07-Jan-05 | 46 | 05 ACURA 3.2TL |
| 500051 | 500051 | ANDLER | | 04-Feb-05 | 18 | SUPERIOR- |
| 448128 | 48128 | ALEXANDER | NECOLE | 07-Jan-05 | 46 | LE |
| 467796 | 67796 | HARBOUR | LOUISE | 30-Dec-04 | 54 | SR5 V8 4X2 |
| 064805 | 64805 | ALEXANDER | WILLIE | 30-Dec-04 | 54 | CE |
| 006087 | 06087 | CAREY | JOHN | 10-Jan-05 | 43 | LE 4CYL |
| J85405 | J85405 | MURRAY | VALERIE FAYE | 05-Nov-04 | 109 | 05 BMW 325I |
| 292315 | 292315 | KRUSE | MELVIN | 30-Dec-04 | 54 | C320 SLK |
| 237654 | 237654 | PROTECTION | | 07-Feb-05 | 15 | IMPALA LS |
| 835432 | 35432 | ELLISON | LYNETTE | 10-Jan-05 | 43 | 3.5 SE |
| A40392 | A40392 | ALLEN | ROBERT D. | 01-Feb-05 | 21 | EDGE |
| 456348 | 456348 | STOLAR | LEONARD U. | 01-Feb-05 | 21 | S430 |
| M42495 | M42495 | HAYWOOD | VONCIA | 11-Feb-05 | 11 | 05 BMW 330I |
| 402172 | 02172 | NOWAK | PATRICIA | 05-Jan-05 | 48 | S |
| 251016 | 51016 | BLOUIN | MICHELLE | 30-Dec-04 | 54 | 05 TOYOTA SEQUOIA |
| 460903 | 460903 | PETUCH | LINDA | 07-Jan-05 | 46 | CE |
| 276815 | 76815 | SILVA | HECTOR A | 20-Jan-05 | 33 | CE |
| A20190 | A20190 | SWETT | LISA CLARK | 10-Jan-05 | 43 | LTD. AWD |
| 003129 | 3129 | ERTEL | EDWARD | 29-Dec-04 | 55 | 4X2 EX |
| 052917 | 52917 | KIER | RENE JOEL | 27-Jan-05 | 26 | EX |
| 007262 | 07262 | JR. | RUSSELL H. | 28-Jan-05 | 25 | DVD |
| 059926 | 59926 | THOMAS | RAYMOND | 10-Feb-05 | 12 | LX |
| 613470 | 613470 | ADAMS | BARNES | 06-Nov-04 | 108 | 02 HONDA CIVIC LX |
| 024154 | 024154 | HARRISON | SCOTT | 22-Dec-04 | 62 | 05 HONDA ACCORD |
| 257982 | 257982 | LEONARD-RAY | VICKERS | 28-Dec-04 | 56 | 04 HONDA CRV EX |
| 023435 | 023435 | HANF | PETER S | 29-Dec-04 | 55 | EXL |
| 037985 | 37985 | BURLESON | JEAN W. | 13-Dec-04 | 71 | EXL |
| 150880 | 50880 | MOLLER | GABRIELA M. | 25-Jan-05 | 28 | V6 PREMIUM |
| 015290 | 15290 | ADAM | ABRAHAM | 29-Dec-04 | 55 | 05 HONDA PILOT |
| 038900 | 038900 | GRAY | TERESA G. | 07-Feb-05 | 15 | EX-L |
| 009781 | 009781 | WILSON | ANTHONY | 12-Jan-05 | 41 | EXVL |
| 028571 | 028571 | GORODETZKY | CARL J. | 07-Jan-05 | 46 | EXLV-6 |
| 102372 | 02372 | SMITH | KEITH LAVON | 28-Dec-04 | 56 | 05 INFINITI FX35 |
| 500727 | 500727 | BASSE | ANDREW | 14-Feb-05 | 8 | SPORT 4X2 |
| 302894 | 02894 | MANDEVILLE | WILLIAM | 03-Dec-04 | 81 | UNLIMITED LWB |
| 590360 | 90360 | DAVIS | ROBERT L. | 14-Jan-05 | 39 | CHEROKEE LTD. 4X4 |
| 236198 | 36198 | ROACH | KATHRYN C | 01-Feb-05 | 21 | 05 MAZDA MAZDA3 I |
| 083509 | 09 | HYATT | LUANN | 18-Jan-05 | 35 | 05 HYUNDAI TUSCON |
| 636020 | 36020 | SPURLOCK | CRAIG | 04-Feb-05 | 18 | TOURING |
| 094102 | 94102 | SIMMONDS | BEVERLY | 31-Jan-05 | 22 | 05 LEXUS ES330 |
| 130263 | 30263 | FRANK | ERICA | 02-Nov-04 | 112 | 05 TOYOTA PRUIS |
| 994672 | 94672 | GETER | JACQUELINE J. | 30-Nov-04 | 84 | 05 TOYOTA CAMRY |
| 001051 | 001051 | GREEN | EDWARD | 08-Feb-05 | 14 | ACCESSCAB |
| 058570 | 58570 | GOOD | ANNIE MARIE | 09-Feb-05 | 13 | 05 TOYOTA RAV4 |
| 008364 | 08364 | HAYDEN | GAIL P. | 13-Dec-04 | 71 | 05 TOYOTA PRUIS |
| 017470 | 17470 | PURSLEY | PAMELA ANN | 15-Dec-04 | 69 | 05 TOYOTA CAMRY |

| | | | | | | |
|---|---|---|---|---|---|---|
| 027591 | 27591 | SARVIS | KENNETH C. | 31-Jan-05 | 22 | SR5 |
| 018770 | 18770 | HAYDEN | TERESA A. | 27-Jan-05 | 26 | LE |
| 533876 | 33876 | WORRELL | JOHN STUART | 21-Jan-05 | 32 | LE |
| 029046 | 29046 | WRIGHT | DARLENE ANN | 04-Jan-05 | 49 | 05 TOYOTA CAMRY |
| 007293 | 7293 | KRAGER | AANA JADE | 28-Dec-04 | 56 | 05 SCION XB |
| 451957 | 451957 | THOMPSON | BRYANT KEITH | 22-Dec-04 | 62 | 05 TOYOTA COROLLA |
| 390228 | 90228 | BUSH | OLIVIA DENISE | 12-Jan-05 | 41 | 04 TOYOTA AVALON |
| 449283 | 49283 | MORRIS | MILTON C | 11-Jan-05 | 42 | LE |
| 030740 | 30740 | TREECE | STEVEN R. | 10-Jan-05 | 43 | ACCESS CAB |
| 113359 | 13359 | PUGH | ERNEST | 04-Jan-05 | 49 | HIGHLANDER |
| 009345 | 09345 | VUILLIER | MAURICE | 14-Jan-05 | 39 | 05 HONDA PILOT EX |
| 326300 | 6300 | NIKOLAKIS | ANDREA C. | 21-Jan-05 | 32 | 04 NISSAN QUEST |
| 197415 | 197415 | BATTLE | BARBARA A. | 18-Jan-05 | 35 | SE |
| A13306 | A13306 | BYK | BRENDA ANN | 12-Jan-05 | 41 | 05 FORD EXPLORER |
| 005800 | 005800 | MILLER | NEIL MICHAEL | 17-Dec-04 | 67 | LX |
| 015094 | 15094 | DIAZ | KERRY | 24-Jan-05 | 29 | 05 HONDA CIVIC VP |
| 505337 | 505337 | MORALES | RUBI | 23-Dec-04 | 61 | 05 HONDA CIVIC LX |
| 309121 | 309121 | AQUINO | ALEJANDRO | 19-Jan-05 | 34 | 05 HONDA CRV EX |
| 053427 | 53427 | GONZALEZ | MARLENE | 12-Jan-05 | 41 | 05 VOLVO S-40 2.4 |
| 643863 | 643863 | ANDLER | | 04-Feb-05 | 18 | MARQUIS LS |
| 511910 | 11910 | MULLER | BARBARA C. | 29-Nov-04 | 85 | 05 TOYOTA CAMRY |
| 511910 | 11910 | MULLER | BARBARA C. | 29-Nov-04 | 85 | 05 TOYOTA CAMRY |
| 201068 | 01068 | PIOTRASCHKE | TERRY | 29-Dec-04 | 55 | 05 NISSAN ALTIMA SL |

| NOUR_COST | NSALES_TAX |
|---|---|
| 31052 | 1922.13 |
| 31198 | 1991.79 |
| 15173.64 | 993.43 |
| 26615.34 | 1777.19 |
| 13695.24 | 928.72 |
| 18387.64 | 1226.53 |
| 33600 | 1704.9 |
| 32290 | 1949.37 |
| 23975 | 1719.51 |
| 25086 | 1636.17 |
| 19335.3 | 954.6 |
| 69440 | 3824.64 |
| 34680 | 2203.8 |
| 16273 | 982.65 |
| 35480 | 1882.53 |
| 13700 | 1085.97 |
| 23671 | 1468.53 |
| 31900.42 | 1456.66 |
| 19399 | 1301.67 |
| 27864 | 1433.61 |
| 31400 | 1944.27 |
| 24454 | 1521.51 |
| 11288 | 730.59 |
| 20723 | 1492.47 |
| 21245 | 1330.71 |
| 21961 | 1125.45 |
| 28500 | 2114.07 |
| 23057.71 | 1653.03 |
| 29409 | 2100.49 |
| 22402 | 1617 |
| 24440 | 1256.14 |
| 24444 | 1221 |
| 39738.29 | 2095.2 |
| 19643 | 1310.85 |
| 23945 | 1496.97 |
| 39869 | 2512.41 |
| 16886 | 1025.43 |
| 20000 | 1184.01 |
| 27270 | 1523.47 |
| 30784 | 2002.77 |
| 25560.41 | 1824.09 |
| 19575 | 1482.11 |
| 24800 | 1151.52 |
| 22500 | 1623.86 |
| 30903.41 | 2198.1 |
| 18000 | 1169.88 |

| | |
|---:|---:|
| 27690 | 767.67 |
| 19108 | 1464.96 |
| 17600 | 1157.88 |
| 17350 | 1343.86 |
| 17460 | 882.9 |
| 12600 | 986.86 |
| 26954 | 1935.64 |
| 14781 | 1109.92 |
| 26500 | 811.86 |
| 22715 | 1443.78 |
| 27700 | 1695.39 |
| 28001 | 1835.94 |
| 14655.15 | 931.8 |
| 22611 | 1446.39 |
| 18115 | 1194.57 |
| 13726 | 859.83 |
| 15222 | 955.59 |
| 22093 | 1379.19 |
| 25908 | 1090.76 |
| 16100 | 1003.47 |
| 18515.9 | 1291.89 |
| 18515.9 | 1291.89 |
| 22242 | 1481.25 |